## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| GLADYS SANCHEZ, | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

Civil Action No. 2015-0023

**Attorneys:**
**Pamela L. Colon, Esq.,**
St. Croix, U.S.V.I.
        *For Plaintiff*

**Joycelyn Hewlett, Esq.,**
St. Thomas, U.S.V.I.
        *For Defendant*

### ORDER

**UPON CONSIDERATION** of the United States' Motion to Dismiss (Dkt. No. 7), the

entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed

contemporaneously herewith, it is hereby

**ORDERED** that the United States' Motion to Dismiss is **DENIED WITHOUT**

**PREJUDICE**; and it is further

**ORDERED** that Plaintiff shall have up to and including **March 21, 2016** within which to

perfect service of process on the United States.

**SO ORDERED.**

Date: February 19, 2016                    _____/s/_____
                                          WILMA A. LEWIS
                                          Chief Judge